Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYBOY ENTERTAINMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MUTANTS, LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br>_Jury Trial Demanded_ |

        PLAYBOY ENTERPRISES, INC., by and through its undersigned attorneys,

hereby prays to this honorable Court for relief based on the following:

## <u>JURISDICTION AND VENUE</u>

        1.  This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101

_et seq._

2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4.  Plaintiff PLAYBOY ENTERTAINMENT GROUP, INC. ("PLAYBOY") is a Delaware corporation with its principal place of business at 9346 Civic Center Drive, Beverly Hills, California 90210.

5.  Plaintiff is informed and believes and thereon alleges that Defendant HAPPY MUTANTS, LLC ("MUTANTS") is a Delaware limited liability company with its principal place of business at 800 Lovell Avenue, Mill Valley, California 94931.

6.  Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.  Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and

circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO USE OF PHOTOGRAPHIC IMAGES

8.   Plaintiff PLAYBOY owns 477 original photographs commonly referred to as Playboy Centerfolds ("Subject Works") that have been registered with the United States Copyright Office. Attached hereto as Exhibit A is a chart listing the 477 Subject Works.

9.   Plaintiff is informed and believes and thereon alleges that following PLAYBOY's publication of the Subject Works, Defendants, and each of them used the Subject Works without Plaintiff's authorization for commercial purposes on its website, including, but not limited to, their use in articles and advertising.

10. Plaintiff is informed and believes and thereon alleges that one such use of the Subject Works by Defendants, and each of them, was an article from February 29, 2016 touting the availability of "Every Playboy Playmate Centerfold Ever" for viewing or download without Plaintiff's authorization, as shown below:



11. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, generate revenue through the advertising on the website pages bearing the Subject Works, as well as through any referral links to external websites on those pages.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

12. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

13. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Works, including, without limitation, through viewing the Subject Works via Plaintiff's magazine or website, or viewing the Subject Works on a third-party websites (e.g., Tumblr, Pintrest, etc.).

14. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images of the Subject Works, and exploited said images in website posts without Plaintiff's authorization or consent.

15. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

16. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Works. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of Subject Works in an amount to be established at trial.

17. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive

knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **SECOND CLAIM FOR RELIEF**

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants)

18. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

19. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction of the Subject Works as alleged herein.

20. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

21. By reason of the Defendants', and each of their acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

22. Due to Defendants', and each of their acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Works. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

23. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against All Defendants, and Each:**

With Respect to Each Claim for Relief

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyrights in the Subject Works, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Works from any print, web, or other publication owned, operated, or controlled by any Defendant;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. §1203, and other applicable law;

c. That Plaintiff be awarded his costs and attorneys' fees, including as available under the Copyright Act U.S.C. § 101 et seq.;

d.  That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

e.  That Plaintiff be awarded pre-judgment interest as allowed by law;

f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: November 7, 2017          By:     /s/ Stephen M. Doniger
                                         Stephen M. Doniger, Esq.
                                         Howard S. Han, Esq.
                                         DONIGER / BURROUGHS
                                         Attorneys for Plaintiff

**EXHIBIT A**

1. Miss April 1960
2. Miss May 1960
3. Miss June 1960
4. Miss July 1960
5. Miss August 1960
6. Miss October 1960
7. Miss December 1960
8. Miss January 1961
9. Miss February 1961
10. Miss April 1961
11. Miss June 1961
12. Miss July 1961
13. Miss September 1961
14. Miss October 1961
15. Miss December 1961
16. Miss February 1962
17. Miss April 1962
18. Miss May 1962
19. Miss June 1962
20. Miss July 1962
21. Miss November 1962
22. Miss January 1963
23. Miss February 1963
24. Miss March 1963
25. Miss September 1963
26. Miss October 1963
27. Miss November 1963
28. Miss December 1963
29. Miss June 1964
30. Miss April 1965
31. Miss June 1965
32. Miss July 1965
33. Miss October 1965
34. Miss February 1966
35. Miss April 1966
36. Miss June 1966
37. Miss July 1966
38. Miss October 1966
39. Miss November 1966
40. Miss January 1967
41. Miss February 1967
42. Miss May 1967
43. Miss June 1967
44. Miss July 1967

45. Miss August 1967
46. Miss September 1967
47. Miss October 1967
48. Miss December 1967
49. Miss February 1968
50. Miss March 1968
51. Miss April 1968
52. Miss August 1968
53. Miss November 1968
54. Miss January 1969
55. Miss February 1969
56. Miss July 1969
57. Miss October 1969
58. Miss January 1970
59. Miss February 1970
60. Miss June 1970
61. Miss August 1971
62. Miss February 1972
63. Miss May 1972
64. Miss June 1972
65. Miss July 1972
66. Miss August 1972
67. Miss September 1972
68. Miss January 1973
69. Miss March 1973
70. Miss August 1973
71. Miss September 1973
72. Miss October 1973
73. Miss April 1974
74. Miss September 1974
75. Miss March 1975
76. Miss April 1975
77. Miss June 1975
78. Miss July 1975
79. Miss September 1975
80. Miss October 1975
81. Miss February 1976
82. Miss October 1976
83. Miss January 1977
84. Miss June 1977
85. Miss September 1977
86. Miss October 1977
87. Miss January 1978
88. Miss May 1978
89. Miss July 1978
90. Miss October 1978

91. Miss January 1979
92. Miss May 1979
93. Miss June 1979
94. Miss August 1979
95. Miss April 1980
96. Miss January 1981
97. Miss March 1981
98. Miss April 1981
99. Miss May 1981
100.       Miss July 1981
101.       Miss September 1981
102.       Miss October 1981
103.       Miss December 1981
104.       Miss February 1982
105.       Miss June 1982
106.       Miss July 1982
107.       Miss August 1982
108.       Miss October 1982
109.       Miss December 1982
110.       Miss March 1983
111.       Miss May 1983
112.       Miss October 1983
113.       Miss November 1983
114.       Miss January 1984
115.       Miss February 1984
116.       Miss March 1984
117.       Miss May 1984
118.       Miss June 1984
119.       Miss September 1984
120.       Miss November 1984
121.       Miss December 1984
122.       Miss February 1985
123.       Miss March 1985
124.       Miss April 1985
125.       Miss June 1985
126.       Miss July 1985
127.       Miss August 1985
128.       Miss October 1985
129.       Miss November 1985
130.       Miss December 1985
131.       Miss January 1986
132.       Miss March 1986
133.       Miss April 1986
134.       Miss May 1986
135.       Miss June 1986
136.       Miss July 1986

| | |
|---|---|
| 137. | Miss August 1986 |
| 138. | Miss November 1986 |
| 139. | Miss December 1986 |
| 140. | Miss January 1987 |
| 141. | Miss March 1987 |
| 142. | Miss May 1987 |
| 143. | Miss June 1987 |
| 144. | Miss August 1987 |
| 145. | Miss September 1987 |
| 146. | Miss October 1987 |
| 147. | Miss November 1987 |
| 148. | Miss December 1987 |
| 149. | Miss January 1988 |
| 150. | Miss April 1988 |
| 151. | Miss May 1988 |
| 152. | Miss June 1988 |
| 153. | Miss July 1988 |
| 154. | Miss August 1988 |
| 155. | Miss September 1988 |
| 156. | Miss October 1988 |
| 157. | Miss November 1988 |
| 158. | Miss December 1988 |
| 159. | Miss January 1989 |
| 160. | Miss February 1989 |
| 161. | Miss March 1989 |
| 162. | Miss April 1989 |
| 163. | Miss May 1989 |
| 164. | Miss June 1989 |
| 165. | Miss July 1989 |
| 166. | Miss August 1989 |
| 167. | Miss September 1989 |
| 168. | Miss October 1989 |
| 169. | Miss November 1989 |
| 170. | Miss December 1989 |
| 171. | Miss January 1990 |
| 172. | Miss February 1990 |
| 173. | Miss March 1990 |
| 174. | Miss April 1990 |
| 175. | Miss June 1990 |
| 176. | Miss July 1990 |
| 177. | Miss August 1990 |
| 178. | Miss September 1990 |
| 179. | Miss October 1990 |
| 180. | Miss November 1990 |
| 181. | Miss December 1990 |
| 182. | Miss January 1991 |

| 183. | Miss February 1991 |
|------|--------------------|
| 184. | Miss March 1991 |
| 185. | Miss April 1991 |
| 186. | Miss May 1991 |
| 187. | Miss June 1991 |
| 188. | Miss July 1991 |
| 189. | Miss August 1991 |
| 190. | Miss September 1991 |
| 191. | Miss October 1991 |
| 192. | Miss November 1991 |
| 193. | Miss December 1991 |
| 194. | Miss January 1992 |
| 195. | Miss February 1992 |
| 196. | Miss March 1992 |
| 197. | Miss April 1992 |
| 198. | Miss May 1992 |
| 199. | Miss June 1992 |
| 200. | Miss July 1992 |
| 201. | Miss August 1992 |
| 202. | Miss September 1992 |
| 203. | Miss October 1992 |
| 204. | Miss November 1992 |
| 205. | Miss December 1992 |
| 206. | Miss January 1993 |
| 207. | Miss February 1993 |
| 208. | Miss March 1993 |
| 209. | Miss April 1993 |
| 210. | Miss May 1993 |
| 211. | Miss June 1993 |
| 212. | Miss July 1993 |
| 213. | Miss August 1993 |
| 214. | Miss September 1993 |
| 215. | Miss October 1993 |
| 216. | Miss November 1993 |
| 217. | Miss December 1993 |
| 218. | Miss January 1994 |
| 219. | Miss February 1994 |
| 220. | Miss March 1994 |
| 221. | Miss April 1994 |
| 222. | Miss May 1994 |
| 223. | Miss June 1994 |
| 224. | Miss July 1994 |
| 225. | Miss August 1994 |
| 226. | Miss September 1994 |
| 227. | Miss October 1994 |
| 228. | Miss November 1994 |

| | |
|---|---|
| 229. | Miss December 1994 |
| 230. | Miss January 1995 |
| 231. | Miss February 1995 |
| 232. | Miss March 1995 |
| 233. | Miss April 1995 |
| 234. | Miss May 1995 |
| 235. | Miss June 1995 |
| 236. | Miss July 1995 |
| 237. | Miss August 1995 |
| 238. | Miss October 1995 |
| 239. | Miss November 1995 |
| 240. | Miss December 1995 |
| 241. | Miss January 1996 |
| 242. | Miss February 1996 |
| 243. | Miss March 1996 |
| 244. | Miss April 1996 |
| 245. | Miss May 1996 |
| 246. | Miss June 1996 |
| 247. | Miss July 1996 |
| 248. | Miss August 1996 |
| 249. | Miss September 1996 |
| 250. | Miss October 1996 |
| 251. | Miss November 1996 |
| 252. | Miss December 1996 |
| 253. | Miss January 1997 |
| 254. | Miss February 1997 |
| 255. | Miss March 1997 |
| 256. | Miss April 1997 |
| 257. | Miss May 1997 |
| 258. | Miss June 1997 |
| 259. | Miss July 1997 |
| 260. | Miss August 1997 |
| 261. | Miss September 1997 |
| 262. | Miss October 1997 |
| 263. | Miss November 1997 |
| 264. | Miss December 1997 |
| 265. | Miss January 1998 |
| 266. | Miss February 1998 |
| 267. | Miss March 1998 |
| 268. | Miss April 1998 |
| 269. | Miss May 1998 |
| 270. | Miss June 1998 |
| 271. | Miss July 1998 |
| 272. | Miss August 1998 |
| 273. | Miss September 1998 |
| 274. | Miss October 1998 |

| | |
|---|---|
| 275. | Miss November 1998 |
| 276. | Miss December 1998 |
| 277. | Miss January 1999 |
| 278. | Miss February 1999 |
| 279. | Miss March 1999 |
| 280. | Miss April 1999 |
| 281. | Miss May 1999 |
| 282. | Miss June 1999 |
| 283. | Miss July 1999 |
| 284. | Miss August 1999 |
| 285. | Miss September 1999 |
| 286. | Miss October 1999 |
| 287. | Miss November 1999 |
| 288. | Miss December 1999 |
| 289. | Miss January 2000 |
| 290. | Miss February 2000 |
| 291. | Miss March 2000 |
| 292. | Miss April 2000 |
| 293. | Miss May 2000 |
| 294. | Miss June 2000 |
| 295. | Miss July 2000 |
| 296. | Miss August 2000 |
| 297. | Miss September 2000 |
| 298. | Miss October 2000 |
| 299. | Miss November 2000 |
| 300. | Miss December 2000 |
| 301. | Miss January 2001 |
| 302. | Miss February 2001 |
| 303. | Miss April 2001 |
| 304. | Miss May 2001 |
| 305. | Miss June 2001 |
| 306. | Miss July 2001 |
| 307. | Miss August 2001 |
| 308. | Miss September 2001 |
| 309. | Miss October 2001 |
| 310. | Miss November 2001 |
| 311. | Miss December 2001 |
| 312. | Miss February 2002 |
| 313. | Miss March 2002 |
| 314. | Miss April 2002 |
| 315. | Miss May 2002 |
| 316. | Miss June 2002 |
| 317. | Miss July 2002 |
| 318. | Miss August 2002 |
| 319. | Miss September 2002 |
| 320. | Miss October 2002 |

321. Miss November 2002
322. Miss December 2002
323. Miss January 2003
324. Miss February 2003
325. Miss March 2003
326. Miss April 2003
327. Miss June 2003
328. Miss July 2003
329. Miss August 2003
330. Miss September 2003
331. Miss October 2003
332. Miss November 2003
333. Miss December 2003
334. Miss January 2004
335. Miss February 2004
336. Miss March 2004
337. Miss April 2004
338. Miss May 2004
339. Miss June 2004
340. Miss July 2004
341. Miss August 2004
342. Miss September 2004
343. Miss October 2004
344. Miss November 2004
345. Miss December 2004
346. Miss January 2005
347. Miss February 2005
348. Miss March 2005
349. Miss April 2005
350. Miss May 2005
351. Miss June 2005
352. Miss July 2005
353. Miss August 2005
354. Miss September 2005
355. Miss October 2005
356. Miss November 2005
357. Miss December 2005
358. Miss January 2006
359. Miss February 2006
360. Miss March 2006
361. Miss April 2006
362. Miss May 2006
363. Miss June 2006
364. Miss July 2006
365. Miss August 2006
366. Miss September 2006

367.     Miss October 2006
368.     Miss November 2006
369.     Miss December 2006
370.     Miss January 2007
371.     Miss February 2007
372.     Miss March 2007
373.     Miss April 2007
374.     Miss May 2007
375.     Miss June 2007
376.     Miss July 2007
377.     Miss August 2007
378.     Miss September 2007
379.     Miss October 2007
380.     Miss November 2007
381.     Miss December 2007
382.     Miss January 2008
383.     Miss February 2008
384.     Miss March 2008
385.     Miss April 2008
386.     Miss May 2008
387.     Miss June 2008
388.     Miss July 2008
389.     Miss August 2008
390.     Miss September 2008
391.     Miss October 2008
392.     Miss November 2008
393.     Miss December 2008
394.     Miss January 2009
395.     Miss February 2009
396.     Miss March 2009
397.     Miss April 2009
398.     Miss May 2009
399.     Miss June 2009
400.     Miss July 2009
401.     Miss August 2009
402.     Miss September 2009
403.     Miss October 2009
404.     Miss November 2009
405.     Miss December 2009
406.     Miss January 2010
407.     Miss February 2010
408.     Miss March 2010
409.     Miss April 2010
410.     Miss May 2010
411.     Miss June 2010
412.     Miss July 2010

413.      Miss August 2010
414.      Miss September 2010
415.      Miss October 2010
416.      Miss November 2010
417.      Miss December 2010
418.      Miss January 2011
419.      Miss February 2011
420.      Miss March 2011
421.      Miss April 2011
422.      Miss May 2011
423.      Miss June 2011
424.      Miss July 2011
425.      Miss August 2011
426.      Miss September 2011
427.      Miss October 2011
428.      Miss November 2011
429.      Miss December 2011
430.      Miss January 2012
431.      Miss February 2012
432.      Miss March 2012
433.      Miss April 2012
434.      Miss May 2012
435.      Miss June 2012
436.      Miss July 2012
437.      Miss August 2012
438.      Miss September 2012
439.      Miss November 2012
440.      Miss December 2012
441.      Miss January 2013
442.      Miss February 2013
443.      Miss March 2013
444.      Miss April 2013
445.      Miss May 2013
446.      Miss June 2013
447.      Miss July 2013
448.      Miss August 2013
449.      Miss September 2013
450.      Miss October 2013
451.      Miss November 2013
452.      Miss December 2013
453.      Miss January 2014
454.      Miss February 2014
455.      Miss March 2014
456.      Miss April 2014
457.      Miss May 2014
458.      Miss June 2014

459.	Miss July 2014
460.	Miss August 2014
461.	Miss September 2014
462.	Miss October 2014
463.	Miss November 2014
464.	Miss December 2014
465.	Miss January 2015
466.	Miss February 2015
467.	Miss March 2015
468.	Miss April 2015
469.	Miss May 2015
470.	Miss June 2015
471.	Miss July 2015
472.	Miss August 2015
473.	Miss September 2015
474.	Miss October 2015
475.	Miss November 2015
476.	Miss December 2015
477.	Miss January 2016