DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

ELECTRONIC FRONTIER FOUNDATION
CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
DANIEL NAZER (SBN 257380)
daniel@eff.org
815 Eddy Street
San Francisco, CA 94109
Telephone: 415-436-9333

Attorneys for Defendant
HAPPY MUTANTS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PLAYBOY ENTERTAINMENT GROUP INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MUTANTS, LLC, a Delaware limited liability company, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-08140 FMO (PLA)<br><br>**DEFENDANT HAPPY MUTANTS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF PLAYBOY ENTERTAINMENT GROUP INC.'S FIRST AMENDED COMPLAINT**<br><br>Date: February 15, 2018<br>Time: 10:00 a.m.<br>Ctrm: 6D, W. 1st Street Courthouse<br>Judge: Honorable Fernando M. Olguin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on February 15, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6D of the above-entitled court, located at 350 W. 1st Street, 6th floor, Los Angeles, CA 90012, Defendant Happy Mutants, LLC, will move and hereby moves for an Order dismissing Plaintiff Playboy Entertainment Group Inc.'s First Amended Complaint which was filed on January 5, 2018.

This Motion is based upon this Notice of Motion and Memorandum of Points and Authorities in support thereof, pleadings on file in this matter, the arguments of counsel, and all other material which may properly come before the Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 11, 2017, with further discussions on January 12, 2018.

Dated:  January 18, 2018						DURIE TANGRI LLP


						By:	       */s/ Joseph C. Gratz*
								JOSEPH C. GRATZ

							Attorneys for Defendant
							HAPPY MUTANTS, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

>  */s/ Joseph C. Gratz*
>  JOSEPH C. GRATZ

---

2
HAPPY MUTANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAYBOY'S
FIRST AMENDED COMPLAINT / CASE NO. 2:17-CV-08140-FMO-PLA