Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYBOY ENTERTAINMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MUTANTS, LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-08140-FMO-PLA<br>*Hon. Fernando M. Olguin Presiding*<br><br>**NOTICE OF LODGING PLAINTIFF'S CORRECTED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: February 15, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 6D – 1st Street |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby lodges its corrected Opposition to Defendants' Motion to Dismiss previously filed on January 23, 2018, see Dkt. # 21. In the process of preparing the Tables of Contents and Authorities, the numbering of the footnotes in the brief was somehow altered so that the footnotes started anew at "1" on each page. Additionally, the Table of Contents erroneously references section (C)(3) as starting on page 8, rather than page 9.

The corrected Opposition brief has changed the footnote numbering back to its original sequential order and has corrected the error on the Table of Contents. No other changes have been made.

Respectfully submitted,

Dated: January 31, 2018     By:     /s/ Howard S. Han
                                    Stephen M. Doniger, Esq.
                                    Howard S. Han, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff