Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff Playboy Entertainment Group, Inc*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| PLAYBOY ENTERTAINMENT GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAPPY MUTANTS, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-08140-FMO-PLA<br>*Hon. Fernando M. Olguin Presiding*<br><br>**ORDER ON JOINT STIPULATION [24] TO CONTINUE HEARING ON DEFENDANT HAPPY MUTANTS, LLC'S MOTION TO DISMISS PLAINTIFF PLAYBOY ENTERTAINMENT GROUP INC.'S FIRST AMENDED COMPLAINT** |

# ORDER

ON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The hearing date for Defendant Happy Mutants, LLC's Motion to Dismiss Plaintiff Playboy's First Amended Complaint (Dkt. No. 19) is hereby continued from February 15, 2018 to February 22, 2018 at 10:00 a.m.

<u>SO ORDERED.</u>

DATED: February 6, 2018          By:          /s/

HON. FERNANDO M. OLGUIN
United States District Judge