UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8140 FMO (PLAx) | Date | March 9, 2018 |
|---|---|---|---|
| Title | Playboy Entertainment Group, Inc. v. Happy Mutants, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of February 14, 2018, plaintiff was required to file a Second Amended Complaint by no later than February 26, 2018 if plaintiff wished to pursue this action. (See Dkt. 26, Court's Order of February 14, 2018, at 2). Plaintiff was cautioned that "failure to timely file a Second Amended Complaint may result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order." (Id. at 3).

As of the filing date of this Order, plaintiff has not filed a Second Amended Complaint nor has it indicated that it intends to stand on the allegations in the First Amended Complaint. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **March 16, 2018**, plaintiff shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of February 14, 2018. Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003)

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |