FILED
CLERK, U.S. DISTRICT COURT

3/13/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYBOY ENTERTAINMENT GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> HAPPY MUTANTS, LLC, et al., <br><br> Defendants. | Case No. CV 17-8140 FMO (PLAx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having reviewed plaintiff's Response to Order to Show Cause (Dkt. 30, "Response"), where plaintiff stated that "the case can and should be dismissed without prejudice at this juncture per this Court's February 14, 2018 Order[,]" (id. at 2), IT IS ORDERED THAT the above-captioned case is dismissed without prejudice. Judgment shall be entered accordingly.

Dated this 13th day of March, 2018.


                                                          /s/
                                    Fernando M. Olguin
                              United States District Judge