FILED
CLERK, U.S. DISTRICT COURT
3/13/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYBOY ENTERTAINMENT GROUP INC., <br><br>Plaintiff, <br><br>v. <br><br>HAPPY MUTANTS, LLC, et al., <br><br>Defendants. | Case No. CV 17-8140 FMO (PLAx) <br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of March, 2018.

/s/
Fernando M. Olguin
United States District Judge